# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 12/19/2007 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/19/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Steve Saltzman as counsel for the defendant. Enter order appointing Steve Saltzman as counsel for defendant. Government moves for detention. Detention hearing is set for 12/21/07 at 2:00 p.m. The defendant will be detained in custody pending detention hearing. Preliminary examination hearing is set for 1/10/08 at 10:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|