## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S.

v.

Terrence Sewell

**FILED**

DEC 1 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07CR

07CR 843-13

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terrence Sewell

**FILED**

DEC 1 9 2007

| NAME (Type or print) |
|---|
| Steven Saltzman     Magistrate Judge Sidney I. Schenkier  United States District Court |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven Saltzman |

| FIRM |
|---|
| Same |

| STREET ADDRESS |
|---|
| 122 S. Michigan Ste 1850 |

| CITY/STATE/ZIP |
|---|
| Chgo, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3129156 | (312) 427-7500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]     APPOINTED COUNSEL [X] |