## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 1/8/2008 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 1/10/08 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|