## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 1/14/2008 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant released on $100,000.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|