# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 3/4/2008 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Defendant's motion for a one day modification of conditions of release to allow the defendant to retrieve possessions from his previous apartment is granted. The defendant is to notify Pretrial Services of the date and time he plans to go to the apartment, before he goes to the previous apartment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|