# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 3 | **DATE** | 3/26/2008 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Motion hearing on defendant's motion to modify conditions of release is continued to 3/28/08 at 11:30 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | mm |
|---|---|---|