# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 3/28/2008 |
| **CASE TITLE** |  | United States of America vs. Terrance Sewell | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to modify conditions of bond (doc. # 142) is granted. Defendant's bond is modified to provide for home detention, limited to seeking employment, religious services, attorney visits, court appearances, medical care, and mental or drug counseling. All other conditions of the bond are to stand.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|