UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| v. ) | **Case No. 07 CR 843-13** |
| ) | |
| ) | **Judge Sidney Schenkier** |
| **TERRANCE SEWELL,** ) | |
| ) | |
| **DEFENDANT** ) | |

## NOTICE OF EMERGENCY MOTION

TO:  AUSA Rachel Cannon and Kruti Trivedi
219 S. Dearborn, 5th Fl.
Chicago, Illinois 60604

Please take notice that on Thursday, April 9, 2008 at 8:30 a.m. before the Honorable Judge Schenkier in the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois where I will then and there present Defendant Terrance Sewell's Motion for Modification of Terms of Release On Bond, a copy of which is hereby served.

s/Steven Saltzman__
Steven Saltzman

## PROOF OF SERVICE

I, Steven Saltzman, an attorney hereby certifies that on April 8, 2008 in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the above stated motion was served pursuant to the district court's ECF system as to ECF filers.

s/Steven Saltzman

Steven Saltzman
122 S. Michigan Ave., Ste 1850
Chicago, IL  60603
312-427-4500