# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 13 | **DATE** | 4/10/2008 |
| **CASE TITLE** | United States of America vs. Terrance Sewell | | |

**DOCKET ENTRY TEXT**

Defendant Sewell's emergency motion for a modification of terms of release on bond (doc.# 165) is granted. The defendant is given leave to change his place of residence to 3824 W. Grenshaw, 2nd Fl., Chicago, Illinois.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|